## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Jaroslaw Mielewczyk | : | Chapter 13 |
| | : | |
|    Debtor(s) | : | Case No.: 21-10727-AMC |

## **O R D E R**

AND NOW, this _____ day of _____ 2021, upon consideration of the Expedited Motion to Vacate the November 30, 2021 Order Dismissing the Chapter 13 Case and with the consent of Kenneth E. West, Chapter 13 Trustee,  it is hereby

ORDERED and DECREED that the motion is GRANTED and the Order Dismissing the Chapter 13 Case entered on November 30, 2021 is hereby VACATED and the Bankruptcy is REINSTATED.

**Date: December 7, 2021**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE