# EXHIBIT B



1325 Franklin Avenue Suite 160 Garden City, New York 11530
t: 212.471.5100   f:212.471.5150
friedmanvartolo.com

December 20, 2022

BRAD J. SADEK
Sadek and Cooper
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

**RE:**  Jaroslaw Mielewczyk
Bankruptcy Case No. 21-10727-amc

Dear Counselor:

Please be advised, this office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Cabana Series IV Trust with regard to the above referenced matter.

Our client has advised us that payments have not been tendered in accordance with the Stipulation entered by Court on May 20th, 2022.

This notice is to advise that your client has defaulted on payments required under the terms of the Order and is due for as follows:

| | |
|---|---:|
| 2 Monthly Mortgage Payments (11/1/2022-12/1/2022) @ $1,463.21 | $2,926.42 |
| 4 APO Payments (9/1/2022 – 12/1/2022) @ $685.77 | $2,743.08 |
| Late Charges | $110.10 |
| Monies Held in Suspense | $110.29 |
| Total Due and Owing good through 12/31/2022 | $5,669.31 |

Payment should be made by bank or certified funds and mailed directly to:
SN Servicing Corporation, P.O. Box 660820, Dallas, TX 75266-0820

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.


h


Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

Yours truly,
 /s/ Lauren M. Moyer
Lauren M. Moyer, Esquire

cc:

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Jaroslaw Mielewczyk
614 Iva Lane
Fairless Hills, PA 19030